IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| MARCUS ROBERSON, | : | Case No. 1:14-cv-536 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| KEY 2 RECOVERY, INC., et al., | : | |
| Defendants. | : | **NOTICE OF DISMISSAL WITH PREJUDICE** |

_____

WHEREAS, all claims herein have been fully and finally compromised, settled and satisfied, notice is hereby provided by Plaintiff Marcus Roberson that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims in this matter are dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

2

        Respectfully submitted,

/s/ *Adam V. Sadlowski*
Adam V. Sadlowski, Trial Attorney (0079582)
Cori R. Besse (0081447)
SADLOWSKI & BESSE L.L.C.
11427 Reed Hartman Highway, Suite 217
Blue Ash, Ohio 45241
Tel:  (513) 618-6596
Fax: (513) 618-6597
asadlowski@sb-lawyers.com
cbesse@sb-lawyers.com

Attorneys for Plaintiff Marcus Roberson